IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

CAROLYN ANTHONSEN,         )
      Plaintiff            )
                            )
VS.                    )      CASE NO.  2:04 CV 63 PS
                            )
ALLOSOURCE, INC., et al.,      )
      Defendants         )

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS, GIFT OF HOPE ORGAN & TISSUE DONOR NETWORK AND REGIONAL ORGAN BANK OF ILLINOIS

Come now defendants, Gift of Hope Organ & Tissue Donor Network and Regional Organ Bank of Illinois, by counsel, and pursuant to Rule 7.1 Fed.R.Civ.P., provide the following disclosure:

Regional Organ Bank of Illinois was a not-for-profit corporation with no parent corporation. No publicly held corporation owned 10% or more of its stock.  In approximately July, 2002, Regional Organ Bank of Illinois changed its name to Gift of Hope Organ & Tissue Donor Network. Likewise, Gift of Hope Organ & Tissue Donor Network has no parent corporation nor does any publicly held corporation own 10% of more of its stock.

Respectfully Submitted,

SPANGLER, JENNINGS & DOUGERTY, P.C.

  /s/ Robert D. Brown
Robert D. Brown, Atty#11152-45
8396 Mississippi Street
Merrillville, Indiana 46410
(219) 769-2323

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:
*

    Samuel J. Bernardi
    Jennifer M. Hermann
    David C. Jensen
    Renee J. Mortimer
    Angela Rose Karras Neboyskey
    Steven E. Springer
    Kevin E. Steele
    Gregory J. Tonner

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Elizabeth M. Bezak
Singleton, Crist, Austgen & Sears
9245 Calumet Avenue, Suite 200
Munster, IN 46321

Stephanie L. Cassman
Lewis and Wagner
500 Place, Suite 200
501 Indiana Avenue
Indianapolis, IN 46202-3199

Scott B. Cockrum
Hinshaw and Culbertson
222 Indianapolis Boulevard
Suite 202
Schererville, IN 46375

Dina M. Cox
Lewis and Wagner
500 Place, Suite 200
501 Indiana Avenue
Indianapolis, IN 46202-3199

Patrick S. Feeley
Dorsey & Whiting, LLP
250 Park Avenue
New York, NY 10177

Michael R. Fruehwald
Barnes & Thornburg
11 S. Meridian Street, Suite 1313
Indianapolis, IN 46204-3556

Kathleen E. Peek
Sarkisian Law Offices
3893 East U.S. Highway 30
Merrillville, IN 46410

Kimberly Kayiwa
Segal McCambridge
One IBM Plaza
330 N. Wabash Avenue, Suite 200
Chicago, IL 60611

Kay Schichtel
Swanson, Martin & Bell
330 North Wabash Avenue
Suite 3300
Chicago, IL 60611

Sanjay Shiupuri
Segal McCambridge
One IMB Plaza
330 N. Wabash Avenue, Suite 200
Chicago, IL 60611

L. Alan Whaley
Ice Miller
One American Square
P. O. Box 82001
Indianapolis, IN 46282-0002

 /s/ Robert D. Brown
Robert D. Brown, Atty#11152-45
8386 Mississippi Street
Merrillville, Indiana 46410
(219) 769-2323