**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

FILED
At APR 16 2004
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CAROLYN ANTHONSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 2:04CV63 |
| | ) |
| ALLOSOURCE, INC., | ) |
| GIFT OF HOPE, a/k/a | ) |
| GIFT OF HOPE ORGAN & TISSUE DONOR NETWORK, | ) |
| MID-AMERICA TRANSPLANT SERVICES, | ) |
| DONOR ALLIANCE, | ) |
| MILE HIGH TRANSPLANT BANK, INC., | ) |
| COLORADO ORGAN RECOVERY SYSTEMS, INC., | ) |
| LIFESHARING COMMUNITY ORGAN & TISSUE DONATION, a/k/a | ) |
| LIFESHARING TISSUE SERVICES, | ) |
| REGIONAL ORGAN BANK OF ILLINOIS, | ) |
| GENSCI ORTHOBIOLOGICS, INC., a/k/a | ) |
| GENSCI REGENERATION SCIENCES, INC., | ) |
| REGENERATION TECHNOLOGIES, INC., | ) |
| WRIGHT MEDICAL TECHNOLOGY, | ) |
| INDIANA ORGAN PROCUREMENT ORGANIZATION, INC., | ) |
| LIFENET, INC., | ) |
| VIRGINIA'S ORGAN PROCUREMENT AGENCY, | ) |
| SPINAL CONCEPTS, INC., | ) |
| ABBOTT LABORATORIES, INC., | ) |
| HENRY SCHEIN, INC., | ) |
| BONE BANK ALLOGRAFTS, | ) |
| COMMUNITY TISSUE SERVICES (INDIANA), | ) |
| INDIANA ORGAN PROCUREMENT EYE AND TISSUE BANK, | ) |
| ISOTIS ORTHOBIOLOGICS, | ) |
| RTI DONOR SERVICES ALLOGRAFT RESOURCES DIVISION, | ) |
| AMERICAN RED CROSS NATIONAL TISSUE | ) |

SERVICES, )
AMERICAN RED CROSS TISSUE SERVICES )
NORTH CENTRAL AREA (REGION 2), )
AMERICAN RED CROSS TISSUE SERVICES )
WESTERN AREA, )
INTERPORE CROSS INTERNATIONAL, )
OSTEOTECH, INC., )
DEPUY ACROMED, and )
INFOMED, )
                                                )
          Defendants. )

## NOTICE OF DISMISSAL

Comes now Plaintiff, Carolyn Anthonsen, by counsel, and pursuant to **Rule 41(a)(1)(i), Federal Rules of Civil Procedure,** dismisses this cause of action with prejudice as to the following Defendants who have not served upon the Plaintiff an answer to the Plaintiff's complaint: Lifesharing Tissue Services; Lifesharing Community Organ and Tissue Donation; InfoMed, Inc.; Virginia Organ Procurement Agency; and, Indiana Organ Procurement Organization, Inc.

Respectfully submitted,

**SARKISIAN LAW OFFICES**

By: _____

Kathleen E. Peek

### Certificate of Service

I certify that on the 16th day of April, 2004, service of a true and complete copy of the above and foregoing pleading was made upon each of the following parties by depositing the same in the United States mail in an envelope properly addressed to each of them and with sufficient first-class postage affixed:

Lifesharing Tissue Services
3465 Camino Del Rio South, Suite 410
San Diego, CA 92108

Lifesharing Community Organ and Tissue Donation
3465 Camino Del Rio South, Suite 410
San Diego, CA 92108

InfoMed, Inc.
c/o Registered Agent, Warren Brubaker
770 North Halsted, Suite 205
Chicago, IL 60622

InfoMed, Inc.
c/o Registered Agent, Gregory M. Feary
1777 Market Tower
10 W. Market Street
Indianapolis, IN 46204

InfoMed, Inc.
c/o Registered Agent, Gregory M. Feary
7134 N. Eagle Cove Drive
Indianapolis, IN 46254

Info-Med, Inc.
Donald E. Pins, President
19W127 Catours Avenue
Oak Brook, IL 60521

Info-Med, Inc.
c/o United States Corporation Company, Registered Agent
33 North LaSalle St.
Chicago, IL 60602

InfoMed, Inc.
c/o Registered Agent, Steven Waxman
770 North Halsted, Suite 205
Chicago, IL 60622

Virginia Organ Procurement Agency
1527 Huguenot Road
Midlothian, VA 23113

Virginia Organ Procurement Agency
c/o W. Joseph Owen III, Registered Agent
1930 W. Huguenot Road
Richmond, VA 23235

Indiana Organ Procurement Organization, Inc.
c/o David J. Boedle, Registered Agent
2600 One Indiana Square
Indianapolis, IN 46204

Lynn Driver, President
Indiana Organ Procurement Organization, Inc.
429 N. Pennsylvania St., Suite 201
Indianapolis, IN 46204.

**\*ALSO SEE ATTACHED SERVICE LIST**

                                                **SARKISIAN LAW OFFICES**

By: *[signature]*

                                                Kathleen E. Peek

Kathleen E. Peek
**Sarkisian Law Offices**
3893 U.S. Highway 30
Merrillville, IN 46410
(219) 942-7171
Attorney I.D. No. 20303-64

# ANTHONSEN v. ALLOSOURCE, INC., ET AL.
Cause No. 2:04 CV 63

## SERVICE LIST

| Party's Name | Counsel |
|---|---|
| Carolyn Anthonsen | Kathleen Peek<br>Sarkisian Law Offices<br>3893 East U.S. Highway 30<br>Merrillville, IN 46410<br>(219) 942-7171<br>Fax: (219) 942-7101 |
| Abbott Laboratories, Inc. | Gregory J. Tonner<br>Spangler, Jennings & Dougherty, PC<br>8396 Mississippi Street<br>Merrillville, IN 46410-6398<br>(219) 769-2323 ext. 3284<br>Fax: (219) 769-5007<br>gtonner@sjdlaw.com |
| Allosource, Inc. | Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| American Red Cross National Tissue Services | Renee J. Mortimer<br>Hinshaw & Culbertson – Sch/IN<br>222 Indianapolis Blvd., Suite 202<br>Schererville, IN 46375<br>(219) 864-5051<br>Fax: (219) 864-5052<br>rmortimer@hinshawlaw.com<br><br>Scott B. Cockrum<br>Hinshaw & Culbertson – Sch/IN<br>222 Indianapolis Blvd., Suite 202<br>Schererville, IN 46375<br>(219) 864-5051<br>Fax: (219) 864-5052 |
| American Red Cross Tissue Services, *North Central Area (Region 2) and Western Area* | Renee J. Mortimer<br>Hinshaw & Culbertson – Sch/IN<br>222 Indianapolis Blvd., Suite 202<br>Schererville, IN 46375<br>(219) 864-5051 |

| | |
|---|---|
| | Fax: (219) 864-5052<br>rmortimer@hinshawlaw.com<br><br>Scott B. Cockrum<br>Hinshaw & Culbertson – Sch/IN<br>222 Indianapolis Blvd., Suite 202<br>Schererville, IN 46375<br>(219) 864-5051<br>Fax: (219) 864-5052 |
| Bone Bank Allografts | David C. Jensen<br>Eichhorn & Eichhorn<br>200 Russell Street<br>PO Box 6328<br>Hammond, IN 46325<br>(219) 931-0560<br>Fax: (219) 931-5370<br>djensen@eichhorn-law.com |
| Colorado Organ Recovery Systems, Inc.<br>c/o Patricia Brewster, Registered Agent<br>3773 Cherry Creek North Drive<br>Suite 601<br>Denver, CO 80209 | Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| Community Tissue Services (Indiana) | L. Alan Whaley<br>Ice Miller<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0002<br>(317) 236-2362 |
| Depuy Acromed | Michael R. Fruehwald<br>Barnes & Thornburg – Ind/IN<br>11 South Meridian Street, Suite 1313<br>Indianapolis, IN 46204-3556<br>(317) 236-1313 |
| Donor Alliance | Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| GenSci OrthoBiologics, Inc.<br>GenSci Regeneration Services, Inc. | Kay Schichtel<br>Angela Karras Neboyskey<br>Swanson Martin & Bell<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611 |

| | |
|---|---|
| | (219) 322-0830 |
| Gift of Hope Organ & Tissue Donor Network | Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| Henry Schein, Inc. | Kimberly Kayiwa<br>Sanjay Shuipuri<br>Segal McCambridge Singer & Mahoney Ltd.<br>One IBM Plaza, Suite 200<br>330 N. Wabash<br>Chicago, IL 60611<br>(312) 645-7913<br>Fax: (312) 645-7711<br>kkayiwa@smsm.com |
| Indiana Organ Procurement Eye and Tissue Bank | Robert F. Parker<br>Burke, Constanza & Cuppy, LLP<br>9191 Broadway<br>Merrillville, IN 46410 |
| Informed | Carl Bergetz<br>Robins, Curley & Clayton<br>300 S. Wacker Drive<br>Chicago, IL 60606 |
| Interpore Cross International | Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| Isotis Orthobiologics<br>2 Goodyear<br>Irvine, CA 92618 | Kay Schichtel<br>Angela Rose Karras Neboyskey<br>Swanson, Martin & Bell<br>One IBM Plaza, Suite 3300<br>330 N. Wabash<br>Chicago, IL 60611<br>(312) 321-9100<br>Fax: (312) 321-0990 |
| Lifenet, Inc. | Elizabeth M. Bezak<br>Singleton, Crist, Austgen & Sears<br>9245 Calumet Ave., Suite 200<br>Munster, IN 46321<br>(219) 836-0200 |

|  | Robert F. Parker<br>Burke, Constanza & Cuppy, LLP<br>9191 Broadway<br>Merrillville, IN 46410 |
|---|---|
| Lifesharing Community Organ & Tissue Donation a/k/a Lifesharing Tissue Services Regional Organ Bank of Illinois |  |
| Mid-America Transplant Services | Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| Mile High Transplant Bank, Inc. | Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| Osteotech, Inc. | Patrick S. Feeley<br>Dorsey & Whiting, LLP<br>250 Park Avenue<br>New York, NY 10177<br><br>Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| Regeneration Technologies, Inc. | Dina Cox<br>Stephanie L. Cassman<br>Lewis & Wagner<br>500 Place, Suite 200<br>501 Indiana Avenue<br>Indianapolis, IN 46202-3199<br>(317) 237-0500 |
| RTI Donor Services Allograft, *Resources Division* | Samuel J. Bernardi, Jr.<br>Spangler, Jennings & Dougherty, PC 150<br>Lincolnway, Suite 3001<br>Valparaiso, IN 46383-5524<br>(219) 462-2332 ext. 3101 |

|  | Fax: (219) 477-4935<br>sbernardi@sjdlaw.com<br><br>Steven E. Springer<br>Jennifer M. Herrmann<br>Kightlinger & Gray, LLP – Ind/IN<br>151 N. Delaware, Suite 600<br>Indianapolis, IN 46204<br>(317) 638-4521<br>Fax: (317) 636-5917<br>sspringer@k-glaw.com<br>jherrmann@k-glaw.com |
|---|---|
| Regional Organ Bank of Illinois | Robert D. Brown<br>Spangler, Jennings & Dougherty<br>8396 Mississippi Street<br>Merrillville, IN 46410<br>(219) 769-2323<br>Fax: (219) 769-5007<br>rbrown@sjdlaw.com |
| Spinal Concepts, Inc. | Gregory J. Tonner<br>Spangler, Jennings & Dougherty, PC<br>8396 Mississippi Street<br>Merrillville, IN 46410-6398<br>(219) 769-2323 ext. 3284<br>Fax: (219) 769-5007<br>gtonner@sjdlaw.com |
| Virginia's Organ Procurement Agency |  |
| Wright Medical Technology | Kevin E. Steele<br>Burke, Costanza & Cuppy, LLP<br>9191 Broadway<br>Merrillville, IN 46410<br>(219) 769-1313<br>Fax: (219) 769-6806<br>steele@bcclegal.com |